Raagini Shah (SBN 268022)
Email: rshah@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
SYNCHRONY BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT JACEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SYNCHRONY BANK,<br><br>　　　　　Defendant. | Case No<br><br>[Removal from Superior Court of California, County of Los Angeles Case No. 16K05843]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 AND 1441(a)**<br><br>**[FEDERAL QUESTION]**<br><br>Complaint Filed: May 13, 2016 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant Synchrony Bank ("Synchrony") hereby removes this action described below from the California Superior Court, County of Los Angeles to the United States District Court for the Central District of California pursuant to Sections 1331 and 1441(a) of Title 28 of the United States Code ("U.S.C."). The removal is based on the following:

– 1 –
NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 AND 1441(a)

## I. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441

1. On May 13, 2016, Plaintiff Curt Jacey filed a complaint in the California Superior Court, County of Los Angeles entitled *Curt Jacey v. Synchrony Bank*, Case Number 16K05843 (hereinafter the "State Court Action"). The Complaint alleges the following causes of action: (1) Violation of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788.1 *et seq.*; and (2) Violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.* The Complaint, Summons, and other State Court Action documents are attached hereto as **Exhibit A**, as required by 28 U.S.C. §1446(a).

2. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it is a civil action arising under the laws of the United States, specifically the TCPA.

3. This Court also has supplemental jurisdiction over Plaintiff's state claim as this claim arises from the same core, operative facts relating to Synchrony's alleged violation of the TCPA. Accordingly, Plaintiff's state law claim is related to Plaintiff's federal question claim, and thereby forms a part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

## II. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. Synchrony was served with the Complaint on May 25, 2016. This Notice of Removal is timely in that it is filed within thirty days after receipt by Synchrony of a copy of the initial pleading setting forth the removable claim. *See* 28 U.S.C. § 1446(b).

2. Synchrony is the only defendant named in the Complaint. Accordingly, all named defendants consent to the removal of this action.

3. The California Superior Court, County of Los Angeles is located within

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  the United States District Court for the Central District of California.  Thus, venue is
2  proper in this Court because it is the "district and division embracing the place where
3  such action is pending."  28 U.S.C. § 1441(a).

4         4.     In compliance with 28 U.S.C. § 1446(d), Synchrony will serve on
5  Plaintiff and will file with the Clerk of the California Superior Court, County of
6  Los Angeles a written "Notice to the Clerk and Adverse Parties of Filing of Notice of
7  Removal of Civil Action to Federal Court," attaching a copy of this Notice of
8  Removal and all supporting papers.

9         5.     No previous application has been made for the relief requested herein.

11         WHEREFORE, Synchrony respectfully removes this action from the California
12  Superior Court, County of Los Angeles to this Court pursuant to 28 U.S.C. §§ 1331
13  and 1441.

DATED: June 24, 2016                REED SMITH LLP

                                    By  */s/ Raagini Shah*
                                        Raagini Shah
                                        Attorneys for Defendant
                                        SYNCHRONY BANK

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –
NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 AND 1441(a)