**Law Offices of Todd M. Friedman, P.C.**
**Todd M. Friedman (216752)**
**324 S. Beverly Dr., #725**
**Beverly Hills, CA 90212**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@attorneysforconsumers.com**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURT JACEY,** | ) Case No. 2:16-cv-04592-ODW-MRW |
| Plaintiff(s) | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **SYNCHRONY BANK,** | ) |
| Defendant. | ) |
| _____ | ) |

     **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 16th day of August, 2016.

By:   s/Todd M. Friedman
       Todd M. Friedman, Esq.
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

Filed electronically on this 16th day of August, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 16th day of August, 2016, via the ECF system to:

Honorable Otis D. Wright
United States District Court
Eastern District of California

Raagini Shah
REED SMITH LLP


This 16th day of August, 2016.
By: s/Todd M. Friedman
       Todd M. Friedman